U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV 1 8 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| COPELAND'S CHEESECAKE BISTRO OF BOSSIER CITY, LLC | CIVIL ACTION NO. 08-cv-1679 |
| VERSUS | JUDGE WALTER |
| GREAT AMERICAN INSURANCE COMPANY | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Transfer (Doc. 23)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___18___ day of ___November___, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE